**Opinion issued June 27, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-11-01085-CR

———————————

**CHARLES DEON MATTHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1285686**

---

## MEMORANDUM OPINION

On February 14, 2013, we abated the appeal and ordered a hearing in the trial court because appellant, Charles Deon Matthews, had not filed a brief. Among the issues the trial court was to consider was whether appellant desired to prosecute the appeal. The trial court conducted a hearing on March 1, 2013, at

which appellant appeared with his retained counsel. A supplemental clerk's record and a reporter's record of the hearing have been filed, and we have reinstated the appeal.

The hearing record reflects that the trial court explained to appellant his appellate rights and explained that he may be entitled to appointed counsel. Appellant stated on the record in open court that he had consulted with counsel and that he wished to withdraw his appeal. At the conclusion of the hearing, the trial court found that appellant does not wish to prosecute the appeal. In addition, the supplemental clerk's record reflects that, on the day of the hearing, appellant filed a "Notice of Waiver of Appeal," which is signed by appellant and his counsel.

Appellant has not filed a motion in this Court to withdraw the appeal. *See* TEX. R. APP. P. 42.2(a). Given appellant's expressed desire on the record in open court to forego pursuit of his appeal, however, we conclude that good cause exists to suspend the operation of Rule 42 in this case, in accordance with Rule 2. *See* TEX. R. APP. P. 2, 42; *Conners v. State*, 966 S.W.2d 108, 110–11 (Tex. App.— Houston [1st Dist.] 1998, pet. ref'd). We have not yet issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.

Do not publish.   TEX. R. APP. P. 47.2(b).